UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BRANDED OPERATIONS HOLDINGS, INC.,<br><br>*Debtor*.<br><br><br><br><br><br>CHARLES ELLIOTT ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK J. BARTELS JR., Plan Administrator, and EDGAR C. GENTLE, Trustee for the Endo PI Trust,<br><br>Defendants. | Case No. 26-CV-1033 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

Plaintiff Charles Elliott Anderson, Jr. ("Plaintiff") commenced this Action on February 6, 2026, seeking to appeal a Bankruptcy Court decision. (*See* Not. of Appeal from the Bankruptcy Court to the S.D.N.Y. ("Not. of Appeal") (Dkt. No. 1).) Plaintiff already had commenced another action in this District appealing decisions of the Bankruptcy Court (the "First Action"), which is proceeding before Judge Jessica G.L. Clarke. (*See* Dkt. (Dkt. No. 25-cv-05045).) Plaintiff requested that this Action be consolidated with the First Action, (*see, e.g.*, Appellant's Emergency Omnibus Mot. for Recognition of ADA Rights, Stay of Proceedings, and Consolidation of Related Appeals (Dkt. No. 3)), and on February 17, 2026, Judge Clarke so

consolidated this Action with the First Action, (*see* Order (Dkt. No. 5)).  Judge Clarke directed that all future filings would be made on the docket of the First Action.  (*Id.*)

Because this Action raises identical issues and requests virtually identical relief as is sought in the First Action, the Court dismisses Plaintiff's requests in this Action as duplicative of those made in the First Action.  *See Curtis v. Citibank, N.A.*, 226 F.3d 133, 138 (2d Cir. 2000) ("As part of its general power to administer its docket, a district court may . . . dismiss a suit that is duplicative of another federal court suit.").  The Clerk of Court is respectfully directed to terminate the Motions pending at Dkt. No. 3, Dkt. No. 4, Dkt. No. 9, Dkt. No. 10, and Dkt. No. 11, and to close this case.

SO ORDERED.

DATED:        April 7, 2026
              White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE