**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

In re:
BRANDED OPERATIONS HOLDINGS, INC,

Debtor.

-------------------------------------------------------------------X

CHARLES ELLIOTT ANDERSON,

Appellant,

26 **CIVIL** 1033 (KMK)

-against-

**JUDGMENT**

PATRICK J. BARTELS, Plan Administrator, and EDGAR C. GENTLE, III, Trustee, Endo PI Trust,

Appellees.

-------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 14, 2026, the Bankruptcy Court's First Order, Reconsideration Order, and January 5 Order are AFFIRMED. Appellant Anderson's additional arguments and motions are DENIED; accordingly, the case is closed.

**Dated:** New York, New York

July 16, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**